UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

THEO HINES, SR. *pro se*, on behalf of
himself, *et al.*,

                                     Plaintiff,

    **-v.-**

                                   Civil Action No.
                                  5:11-cv-835 (GLS/ATB)

CENTRAL NEW YORK REGIONAL
TRANSPORTATION AUTHORITY, *et al.,*

                                   Defendants.
--------------------------------------------------------------------------------

APPEARANCES:                      OF COUNSEL:

**FOR THE PLAINTIFF:**

THEO HINES, SR.
Plaintiff, *Pro Se*
1000 Cannon Street
Syracuse, New York 13205

**FOR THE DEFENDANTS:**

No Appearances Made


GARY L. SHARPE,
DISTRICT COURT JUDGE

# **ORDER**

    The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Andrew T. Baxter, duly filed August

1, 2011.  Following ten days from the service thereof, the Clerk has sent the

file, including any and all objections filed by the parties herein.

No objections having been filed[1], and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge Andrew T. Baxter filed August 1, 2011 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that this action be DISMISSED IN ITS ENTIRETY *sua sponte* pursuant to 28 U.S.C. § 1915(e)(2)(B)(I)-(iii); and it is further

ORDERED, that the Clerk of the Court is directed to serve a copy of this order upon the parties in accordance by regular and certified mail.

IT IS SO ORDERED

Dated: October 20, 2011
Albany, New York

Gary L. Sharpe
U.S. District Judge

---

[1] The court notes that the plaintiff has sought two extensions, which were granted by the court, to file objections to the pending Report-Recommendation but has failed to file any objections in the time frame permitted.